E-filing

FILED

JAN 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

| | |
|---|---|
| ISRAEL NOEL MCKENZIE, Plaintiff, vs. DERRAL G. ADAMS, Defendant. | CASE NO CV 08 0551 **PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

I, ISRAEL NOEL MCKENZIE declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0 Net: 0

Employer: NA

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

BALTIMORE, MD. (PAINTER, CARPET INSTALLER.)

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No ✓

b. Income from stocks, bonds, or royalties? — Yes ____ No ✓

c. Rent payments? — Yes ____ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ____ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married? — Yes ____ No ✓

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ 0 Net $ 0

4. a. List amount you contribute to your spouse's support : $ N/A

b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A ______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ____ No ✓

Make ______________ Year ____________ Model ________________

Is it financed? Yes _____ No ______ If so, Total due: $ ________________

Monthly Payment: $ ______________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No ✓ Amount: $ ________________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

______________________________________________

8. What are your monthly expenses?

Rent: $ 0 ________________ Utilities: 0 ________________

Food: $ 0 ________________ Clothing: 0 ________________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

____________________ [signature]

DATE SIGNATURE OF APPLICANT

Case Number: ______________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ISRAEL N. McKENZIE for the last six months at

[prisoner name]

______________________________ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___________ and the average balance in the prisoner's account each month for the most recent 6-month period was $___________.

Dated:___________ ______________________________

[Authorized officer of the institution]