DEAR CLERK OF THE COURT;

08-551 pjh   JAN 25 2008

I, ISRAEL NOEL MCKENZIE T-58501 HAVE REQUESTED THAT INMATE ACCOUNTING HERE AT C.S.P. CORCORAN P.O. BOX 3466, CORCORAN, CA. 93212-3466 MAIL THE INFORMA PAUPERIS PACKAGE EXECUTED ON 1-14-08 TO; U.S. DISTRICT COURT FOR THE NORTHEN DISTRICT, U.S. COURTHOUSE 450 GOLDEN GATE AVE. SAN FRANCISCO, CA. 94102-3483

[ACCOUNT BALANCE WITH AN ATTACHED TRUST]

I, HEREBY DECLARE UNDER PENALTY OF PURJURY THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED THIS DAY ON 1-14-08

ISRAEL NOEL MCKENZIE
T-58501

1-14-08
DATE

*signature*

1-14-08
DATE