UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV-08-551 PJH

ISRAEL NOEL MCKENZIE, Plaintiff,

vs.

DERRAL G. ADAMS, Defendant.

CASE NO CC448878

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ISRAEL NOEL MCKENZIE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0   Net: 0

Employer: NA/

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  BALTIMORE, MD. (PAINTER, CARPET INSTALLER.)
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or                          Yes ___ No ✓
9          self employment
10    b.   Income from stocks, bonds,                       Yes ___ No ✓
11         or royalties?
12    c.   Rent payments?                                   Yes ___ No ✓
13    d.   Pensions, annuities, or                          Yes ___ No ✓
14         life insurance payments?
15    e.   Federal or State welfare payments,               Yes ___ No ✓
16         Social Security or other govern-
17         ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  N/A
21  _____

22  3.   Are you married?                                   Yes ___ No ✓
23  Spouse's Full Name: N/A
24  Spouse's Place of Employment: N/A
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $ 0                                    Net $ 0
27  4.   a.   List amount you contribute to your spouse's support: $ N/A
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A
_____

5. Do you own or are you buying a home?     Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ 0                              Utilities: 0

Food: $ 0                              Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |
| N/A | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 3 -

1 _N/A_____
2 _____
3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                   Yes ____ No ____
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7 _N/A_____
8 _____
9      I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11     I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.
13
14 _____           _Israel N McKenzie_____
15   DATE                       SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 4 -

1
2                                                                Case Number: _____
3
4
5
6
7
8
9                                        **CERTIFICATE OF FUNDS**
10                                                      **IN**
11                                            **PRISONER'S ACCOUNT**
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of  ISRAEL N. MCKENZIE  for the last six months at
15                                                [prisoner name]
16    CSP-Corcoran                              where (s)he is confined.
17             [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ 7.40  and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $ 8.24 .
21
22   Dated: 1/23/08                         D. Gear ACII
23                                                [Authorized officer of the institution]
24
25
26
27
28

- 5 -

```
REPORT ID: TS3030  .701                         REPORT DATE: 01/22/08
                                                PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT


                 FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 22, 2008


ACCOUNT NUMBER : T58501              BED/CELL NUMBER: 3B0300000000203U
ACCOUNT NAME   : MCKENZIE, ISRAEL NOEL    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION   COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------   -------    ---------   --------   -----------   -------

07/01/2007    BEGINNING BALANCE                                                 0.00

09/05*VD50  INMATE-PAYROL  0830/AUG07               1.80                        1.80
09/21 W536  COPAY CHARGE   1109/08-21                            1.80           0.00
10/03*VD50  INMATE-PAYROL  1214/SEP07              11.29                       11.29
10/04 FC03  DRAW-FAC 3     1239/3B1DR                            6.29           5.00
10/11 W536  COPAY CHARGE   1330/09-05                            5.00           0.00
11/06*VD50  INMATE-PAYROL  1637/OCT07              20.76                       20.76
11/07 FC03  DRAW-FAC 3     1683/3B1DR                           15.76           5.00
12/05*VD50  INMATE-PAYROL  1976/NOV07              10.56                       15.56
12/06 FC03  DRAW-FAC 3     2016/3B1DR                           15.00           0.56



                         CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE        DESCRIPTION          COMMENT         HOLD AMOUNT
----------    ----    -------------------    -----------    ------------

01/16/2008    H109    LEGAL POSTAGE HOLD     2549/01-14            2.84



                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/20/02                 CASE NUMBER: *EE220921
COUNTY CODE: *SCL                        FINE AMOUNT: $    930.40

  DATE     TRANS.    DESCRIPTION              TRANS. AMT.     BALANCE
--------   ------    ---------------------    -----------    --------

07/01/2007    BEGINNING BALANCE                                  6.44

09/05/07   VR50    RESTITUTION DEDUCTION-INDUSTRY    1.99-      4.45
10/03/07   VR50    RESTITUTION DEDUCTION-INDUSTRY    4.45-      0.00



                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/20/02                 CASE NUMBER: EE220921
COUNTY CODE: SCL                         FINE AMOUNT: $  4,800.00

  DATE     TRANS.    DESCRIPTION              TRANS. AMT.     BALANCE
--------   ------    ---------------------    -----------    --------

07/01/2007    BEGINNING BALANCE                               4,800.00
```

```
REPORT ID: TS3030 .701                           REPORT DATE: 01/22/08
                                                 PAGE NO:        2
                      CALIF. STATE PRISON CORCORAN
                      INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 22, 2008

ACCT: T58501     ACCT NAME: MCKENZIE, ISRAEL NOEL       ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/20/02                  CASE NUMBER: EE220921
COUNTY CODE:    SCL                       FINE AMOUNT: $  4,800.00

   DATE      TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
 --------    ------   -----------------------  -----------    -------
 10/03/07    VR50     RESTITUTION DEDUCTION-INDUSTRY  8.07-   4,791.93
 11/06/07    VR50     RESTITUTION DEDUCTION-INDUSTRY 23.05-   4,768.88
 12/05/07    VR50     RESTITUTION DEDUCTION-INDUSTRY 11.72-   4,757.16

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL        TOTAL         CURRENT     HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS     BALANCE    BALANCE      TO BE POSTED
 ---------  ---------   -----------   ----------  ---------    -------------
    0.00      44.41         43.85         0.56       2.84           0.00


                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                            ----------
                                              2.28-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 01/23/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ ACE
TRUST OFFICE

ISRAEL NOEL MCKENZIE T-58501
C.S.P. CORCORAN, 3B03# 203-L
P.O. BOX 3466 CORCORAN, CA.
93212-3466

LEGAL MAIL

BAKERSFIELD CA 933
MOJAVE CA
01 FEB 2008 PM 4 L

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
U.S. COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA.
94102-3483

94102+3683