1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5955
     Fax:  (415) 703-1234
8    Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISRAEL NOEL McKENZIE,** | C 08-0551 PJH (PR) |
| Petitioner, | **APPLICATION FOR FIRST ENLARGEMENT OF TIME** |
| v. | |
| **DERRAL G. ADAMS,** | |
| Respondent. | |

Pursuant to Civil Local Rules 6-1 and 6-3, respondent requests a 30-day enlargement of time to respond to the Order to Show Cause issued in this matter on February 12, 2008.  The response is currently due on April 14, 2008.  Respondent requests an enlargement of time until May 14, 2008.  Since petitioner is proceeding in pro per, a stipulation has not been sought.

This application is based on the attached declaration of Allan Yannow.

1  Dated: April 11, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

7

8

9  /s/ Allan Yannow

10

11 ALLAN YANNOW
   Deputy Attorney General
   Attorneys for Respondent

12

13
   40240308.wpd
14 SF2008400557

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *McKenzie vs. Adams*

No.:   **C 08-0551 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 11, 2008</u>, I served the attached

**APPLICATION FOR FIRST ENLARGEMENT OF TIME**

**DECLARATION OF ALLAN YANNOW IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME**

**(PROPOSED) ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Israel Noel McKenzie**
**T-58501**
**C.S.P. Corcoran**
**3B03 #203-LOW**
**P.O. Box 8800**
**Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 11, 2008, at San Francisco, California.

|                M. Otanes                |         *(signature)*         |
|:--:|:--:|
| Declarant | Signature |

40240411.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5955
     Fax:  (415) 703-1234
8    Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **ISRAEL NOEL McKENZIE,** | C 08-0551 PJH (PR) |
| Petitioner, | **DECLARATION OF ALLAN YANNOW IN SUPPORT OF APPLICATION FOR FIRST ENLARGEMENT OF TIME** |
| v. | |
| **DERRAL G. ADAMS,** | |
| Respondent. | |

20
        1.   I, Allan Yannow, am the California deputy attorney general assigned to file the
21
response to the Order to Show Cause in this case.
22
        2.   This case involves a petition for writ of habeas corpus filed by a California inmate
23
who is challenging his conviction of burglary and the imposition of 30 years to life three strikes
24
sentence.  The Order to Show Cause issued on February 12, 2008.
25
        3.   Since being assigned this case I have filed a response to a petition for writ of habeas
26
corpus in *Ervin v. Ayers,* No. C-001228 (a capital case), a respondent's brief in *People v. Olvera,*
27
No. H031022 (an appeal of an order of recommitment of a sexually violent predator in which the
28

Declaration of Allan Yannow in Support of Application for First Enlargement of Time      McKenzie v. Adams
                                                                                         C 08-0551 PJH (PR)

1

1  defendant raised eleven issues),  and a respondent's brief in *People v. Ybarra*, No. H032030.  I have
2  also drafted but have not yet filed a response to a petition for writ of habeas corpus in *Baylis v.*
3  *Tilton*,  No. C07-5791, and have drafted but have not yet filed briefs in *People v. Cerda,* No.
4  A116397 (a second degree murder case in which the defendant was sentenced to 42 years to life),
5  and *People v. Akhile*, No. A119729.

6      4.    The petition in this case raises nine issues.  This court dismissed one of the claims
7  and found the others sufficient to require a response.  OSC at 2.

8      5.    In view of these other assignments and the number of issues petitioenr raises, I have
9  been unable to complete a response that addresses petitioner's arguments within the alotted time,
10 and am accordingly requesting an additional 30 days to file a response.

11     6.    Since petitioner is proceeding in pro per, a stipulation has not been sought.

12 I declare the above under penalty of perjury.  Executed at San Francisco, California on
13 April 11, 2008.

16 /s/ Allan Yannow

17 _____
18 ALLAN YANNOW
   Deputy Attorney General
   Attorney for Respondent

20
21 40240332.wpd
   SF2008400557

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISRAEL NOEL McKENZIE,** | C 08-0551 PJH (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **DERRAL G. ADAMS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing a response to the petition for writ of habeas corpus is extended to and including May 14, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____        _____
                                        The Honorable Phyllis J. Hamilton

[Proposed] Order                                     McKenzie vs. Adams
                                                    Case No. C 08-0551 PJH (PR)

1