1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5955
    Fax:  (415) 703-1234
8   Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISRAEL NOEL McKENZIE,** | C 08-0551 PJH (PR) |
| Petitioner, | **APPLICATION FOR SECOND ENLARGEMENT OF TIME** |
| v. | |
| **DERRAL G. ADAMS,** | |
| Respondent. | |

Pursuant to Civil Local Rules 6-1 and 6-3, respondent requests a 30-day enlargement of time to respond to the Order to Show Cause issued in this matter on February 12, 2008.  The response was originally due on April 14, 2008.  Respondent has previously requested an enlargement of time until May 14, 2008.  That request has not been acted upon as of the date of the preparation of this application.

Application for Second Enlargement of Time                                                             McKenzie v. Adams
                                                                                                        C 08-0551 PJH (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *McKenzie vs. Adams*

No.:   C 08-0551 PJH (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 12, 2008, I served the attached

**APPLICATION FOR SECOND ENLARGEMENT OF TIME**

**DECLARATION OF ALLAN YANNOW IN SUPPORT OF APPLICATION FOR SECOND ENLARGEMENT OF TIME**

**(PROPOSED) ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Israel Noel McKenzie**
**T-58501**
**C.S.P. Corcoran**
**3B03 #203-LOW**
**P.O. Box 8800**
**Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 12, 2008, at San Francisco, California.

|  M. Otanes  |  *(signature)*  |
|---|---|
|  Declarant  |  Signature  |

40252375.wpd

1   Respondent requests an enlargement of time of 15 days to May 29, 2008.

2   Since petitioner is proceeding in pro per, a stipulation has not been sought.

3   This application is based on the attached declaration of Allan Yannow.

5   Dated: May 12, 2008

6                    Respectfully submitted,

7                    EDMUND G. BROWN JR.
                     Attorney General of the State of California

8                    DANE R. GILLETTE
                     Chief Assistant Attorney General

9
                     GERALD A. ENGLER
10                   Senior Assistant Attorney General

                     PEGGY S. RUFFRA
11                   Supervising Deputy Attorney General

13                   /s/Allan Yannow

                     ALLAN YANNOW
15                   Deputy Attorney General
                     Attorneys for Respondent

17  AY:mto
    40252223.wpd
18  SF2008400557

Application for Second Enlargement of Time                                    McKenzie v. Adams
                                                                              C 08-0551 PJH (PR)

2

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLAN YANNOW, State Bar No. 63257
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5955
  Fax:  (415) 703-1234
  Email:  Allan.Yannow@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISRAEL NOEL McKENZIE,**<br><br>                 Petitioner,<br><br>v.<br><br>**DERRAL G. ADAMS,**<br><br>                 Respondent. | C 08-0551 PJH (PR)<br><br>**DECLARATION OF ALLAN YANNOW IN SUPPORT OF APPLICATION FOR SECOND ENLARGEMENT OF TIME** |

      1.    I, Allan Yannow, am the California deputy attorney general assigned to file the response to the Order to Show Cause in this case.

      2.    This case involves a petition for writ of habeas corpus filed by a California inmate who is challenging his conviction of burglary and the imposition of 30 years to life three strikes sentence.  The Order to Show Cause issued on February 12, 2008.

      3.    Since being assigned this case I have filed a response to a petition for writ of habeas corpus in *Ervin v. Ayers,* No. C-001228 (a capital case), a respondent's brief in *People v. Olvera,* No. H031022 (an appeal of an order of recommitment of a sexually violent predator in which the

Declaration of Allan Yannow in Support of Application for Second Enlargement of Time    McKenzie v. Adams
C 08-0551 PJH (PR)

1

1  defendant raised eleven issues), a respondent's brief in *People v. Ybarra*, No. H032030, a response
2  to a petition for writ of habeas corpus in *Baylis v. Tilton*, No. C07-5791, and a respondent's brief
3  in *People v. Cerda*, No. A116397 (a second degree murder case in which the defendant was
4  sentenced to 42 years to life), and *People v. Akhile*, No. A119729.

5      4.    The petition in this case raises nine issues.  This court dismissed one of the claims
6  and found the others sufficient to require a response.  OSC at 2.

7      5.    I have completed a draft of the memorandum of points and authorities but have not
8  yet had it fully formatted.  I am requesting the additional time so that this can be done, and so that
9  memorandum can be reviewed through our office's internal reviewing process, and to then make any
10 revisions that might be appropriate.

11     6.    Since petitioner is proceeding in pro per, a stipulation has not been sought.

12 I declare the above under penalty of perjury.  Executed at San Francisco, California on
13 May 12, 2008.

16 /s/Allan Yannow

17 ALLAN YANNOW
   Deputy Attorney General
18 Attorney for Respondent

20 40252226.wpd
   SF2008400557

Declaration of Allan Yannow in Support of Application for Second Enlargement of Time      McKenzie v. Adams
C 08-0551 PJH (PR)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISRAEL NOEL McKENZIE,** | C 08-0551 PJH (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **DERRAL G. ADAMS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing a response to the petition for writ of habeas corpus is extended to and including May 29, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____        _____
                                                            The Honorable Phyllis J. Hamilton

[Proposed] Order                                                                                    McKenzie vs. Adams
                                                                                                               Case No. C 08-0551 PJH (PR)

1