1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5955
     Fax:  (415) 703-1234
8    Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  **ISRAEL NOEL McKENZIE,**                    C 08-0551 PJH (PR)

                                     Petitioner,  **DECLARATION OF ALLAN
16                                                YANNOW IN SUPPORT OF
                                                 APPLICATION FOR SECOND
17         v.                                    ENLARGEMENT OF TIME**

    **DERRAL G. ADAMS,**
18
                                     Respondent.
19

20

21         1.    I, Allan Yannow, am the California deputy attorney general assigned to file the

22  response to the Order to Show Cause in this case.

23         2.    This case involves a petition for writ of habeas corpus filed by a California inmate

24  who is challenging his conviction of burglary and the imposition of 30 years to life three strikes

    sentence.  The Order to Show Cause issued on February 12, 2008.
25
           3.    Since being assigned this case I have filed a response to a petition for writ of habeas
26
    corpus in *Ervin v. Ayers,* No. C-001228 (a capital case), a respondent's brief in *People v. Olvera,*
27
    No. H031022 (an appeal of an order of recommitment of a sexually violent predator in which the
28

defendant raised eleven issues), a respondent's brief in *People v. Ybarra*, No. H032030, a response to a petition for writ of habeas corpus in *Baylis v. Tilton*, No. C07-5791, and a respondent's brief in *People v. Cerda*, No. A116397 (a second degree murder case in which the defendant was sentenced to 42 years to life), and *People v. Akhile*, No. A119729.

4.    The petition in this case raises nine issues.  This court dismissed one of the claims and found the others sufficient to require a response.  OSC at 2.

5.    I have completed a draft of the memorandum of points and authorities but have not yet had it fully formatted.  I am requesting the additional time so that this can be done, and so that memorandum can be reviewed through our office's internal reviewing process, and to then make any revisions that might be appropriate.

6.    Since petitioner is proceeding in pro per, a stipulation has not been sought.

I declare the above under penalty of perjury.  Executed at San Francisco, California on May 12, 2008.

/s/Allan Yannow

_____
ALLAN YANNOW
Deputy Attorney General
Attorney for Respondent

40252226.wpd
SF2008400557

Declaration of Allan Yannow in Support of Application for Second Enlargement of Time    McKenzie v. Adams
C 08-0551 PJH (PR)

2