IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISRAEL NOEL McKENZIE,**<br><br>                              Petitioner,<br><br>       v.<br><br>**DERRAL G. ADAMS,**<br><br>                              Respondent. | C 08-0551 PJH (PR)<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, the time for filing a response to the petition for writ of habeas corpus is extended to and including May 29, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____          _____
                                                               The Honorable Phyllis J. Hamilton

[Proposed] Order                                                                                      McKenzie vs. Adams
                                                                                                              Case No. C 08-0551 PJH (PR)

1