UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISRAEL NOEL McKENZIE,

        Petitioner,

  vs.

DERRAL G. ADAMS, Warden,

        Respondent.

No. C 08-0551 PJH (PR)

**ORDER EXTENDING TIME**

    Respondent's motion for an extension of time to file his answer (document number 8 on the docket) is **GRANTED**. The answer shall be filed by May 30, 2008. Respondent's earlier motion (document number 7) is **DENIED** as moot.

    The time for petitioner to file his traverse shall be calculated as set out in the order to show cause.

    **IT IS SO ORDERED.**

Dated: May _29_, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.08\MCKENZIE0551.EXT-R.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ISRAEL NOEL MCKENZIE,

        Plaintiff,

  v.

DERRAL G. ADAMS et al,

        Defendant.

Case Number: CV08-00551 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Israel Noel McKenzie T-58501
C.S.P. Corcoran
3B03 #203-LOW
P.O. Box 8800
Corcoran, CA 93212

Dated: May 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk