ISRAEL NOEL MCKENZIE
CDCR #T-58501
C.S.P. CORCORAN
P.O. BOX 3466 / 3BD3 #203
CORCORAN, CA- 93212-3466
IN PRO PER

FILED
08 JUN 27 PM 12:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ISRAEL NOEL MCKENZIE )
PETITIONER )
)
V. )
)
DERRAL G. ADAMS (WARDEN) )
RESPONDENT )
)

CASE NO. C-08-0551 PJH (PR)
PETITIONER'S
APPLICATION FOR ENLARGEMENT
OF TIME; AND DECLARATION

THE HONORABLE PHYLIS J.
HAMILTON
UNITED STATES DISTRICT JUDGE

I. PETITIONER AND APPLICANT HEREIN RESPECTFULLY APPLIES FOR AN ORDER BY THIS COURT FOR A THIRTY-DAY (30) ENLARGEMENT OF TIME, TO AND INCLUDING JULY 29, 08, IN WHICH TO FILE AN OPPOSITION TO THE MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS-CORPUS: MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE ATTORNEY GENERAL.

1.

1  THIS APPLICATION IS MADE FOR GOOD CAUSE AS SET FORTH
2  IN THE ATTACHED DECLARATION OF PETITIONER. ISRAEL
3  NOEL MCKENZIE.
4
5  DATE: JUNE 22ND 2008                    RESPECTFULLY SUBMITTED,
6
7                                          *Israel N. M<sup>c</sup>Kenzie* (signature)
8                                          ISRAEL NOEL M<sup>c</sup>KENZIE
9                                          CDCR#T-58501
10                                         PETITIONER, PRO-PER

2.

## DECLARATION OF ISRAEL NOEL MCKENZIE IN SUPPORT OF THIRTY DAY (30) ENLARGEMENT OF TIME

1.) I, ISRAEL NOEL MCKENZIE, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

2.) I AM PROCEEDING IN FORMA PAUPERIS AND IN PROPRIA PERSONA AS AN UNREPRESENTED STATE PRISONER AND THEREFORE CANNOT CONTACT RESPONDENTS ATTORNEY TO REQUEST ENLARGEMENT OF TIME, PURSUANT TO THE RESPONDENTS MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS, DUE BY JUNE 29TH 2008.

3.) I HAVE BEEN WORKING ON THIS PLEADING IN A DILIGENT MANNER. HOWEVER, I HAVE NEITHER THE ASSISTANCE OF A LEGAL REPRESENTATIVE, NOR TRAINING IN LAW AND HAVE HAD DIFFICULTIES GETTING MATERIAL AND ASSISTANCE DUE TO C.S.P. CORCORAN PRISON NOT HIRING FULL-TIME STAFF THEREFORE NOT PROVIDING ADEQUATE ACCESS TO OBTAIN SUCH NEEDS AND ACCESS TO THE COURTS.

4.) FURTHERMORE, DUE TO MY LACK OF UNDERSTANDING OF THE LAW, THERE ARE NO LAW BOOKS, ALL THE MATERIAL IS ON COMPUTERS THAT WERE RECENTLY INTRODUCED, WHERE THERE IS NO TRAINING TO OPERATE THE SOFTWARE. THE COMPLEXITIES OF THE ANTI-TERRORISM AND EFFECTIVE DEATH PENALTY ACT OF WHICH I AM CONSTRAINED BY, HAVE FORCED ME TO DEPEND ON ANOTHER PRISONER WHO RECENTLY PASSED AWAY AFTER DEVELOPING LOU GEHRIG'S DISEASE, AND I HAVE LIMITED TRAINING IN PREPARING MY PLEADING. PETITIONER WOULD ALSO ASSERT THAT C.S.P. CORCORAN PRISON LAW LIBRARY IS NOT IN COMPLIANCE WITH THE GILMORE V. LYNCH COLLECTION. C.S.P. CORCORAN HAS FAILED TO UPDATE IT'S LAW COLLECTION SINCE THE SUMMER OF 2007.

5.) WITH NO FURTHER UNFORESEEABLE COMPLICATIONS, PETITIONER WILL BE ABLE TO COMPLETE HIS PLEADING GIVEN THE THIRTY-DAY (30) ENLARGEMENT OF TIME IN WHICH TO DO SO, AND BELIEVES THIS ENLARGEMENT IS NECASARRY FOR COMPLETION OF THE OPPOSITION TO THE MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS.

6.) THAT I, ISRAEL NOEL MCKENZIE HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS, AND THAT THE FOREGOING IS TRUE AND CORRECT.

1  WHEREUPON; APPLICATION DULY MADE IN A TIMELY
2  MANNER I, ISRAEL NOEL MCKENZIE RESPECTFULLY
3  REQUEST THAT THIS COURT ISSUE IT'S ORDER ENLARGING
   TIME TO FILE MY PLEADING BY THIRTY (30) DAYS
4  TO AND INCLUDING JULY 29TH 2008
5
6  DATE 6-22-08
7
8                                RESPECTFULLY SUBMITTED
9                                     IN PRO PER

4.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISRAEL NOEL MCHENZIE )
PETITIONER )
 )  CASE NO. C-08-0551 PJH (PR)
V )  [PROPOSED] ORDER
 )
DERRAL G. ADAMS (WARDEN) )
RESPONDENT )

PETITIONER ISRAEL NOEL MCHENZIE HAS REQUESTED A THIRTY DAY (30) EXTENSION OF TIME TO FILE HIS OPPOSITION TO RESPONDENT'S MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS-CORPUS. GOOD CAUSE APPEARING THE COURT GRANTS THE REQUEST FOR AN EXTENSION OF TIME.

IT IS HEREBY ORDERED, THE PETITIONER SHALL HAVE UNTIL JULY 29th, 2008, TO FILE AN OPPOSITION TO THE MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS. ALL OTHER PROVISIONS OF THE COURT'S ORDER REMAINS IN EFFECT.

DATE: _____

HONORABLE PHYLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

ISRAEL NOEL MCKENZIE
T-58501 3B03#203
C.S.P. CORCORAN, P.O. BOX 3466
CORCORAN, CA 93212-3466

LEGAL MAIL

BAKERSFIELD CA 932
MOJAVE
24 JUN 2008 PM 4 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES