FILED
08 JUL 25 PM 1:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE:** _____

CASE NO.: C-08-0551 PJH (PR

      I certify that I am not a party to this cause and that a true copy of this document was mailed First Class Postage fully prepaid in a sealed envelope addressed as shown below and the document was mailed at C.S.P. CORCORAN, 3B03 P.O. Box 3466 93212

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-22-08