UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ISRAEL NOEL McKENZIE

    Petitioner,

  vs.

DERRAL G. ADAMS, Warden,

    Respondent.
_____/

No. C 08-0551 PJH (PR)

**ORDER DENYING MOTION FOR EXTENSION OF TIME, INSTRUCTING CLERK TO TREAT MOTION AS NOTICE OF APPEAL, AND DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

This is a habeas case under 28 U.S.C. § 2254 filed pro se by a state prisoner. The court denied the petition in a ruling entered on April 26, 2010. Petitioner has filed a motion that he captions "Request and Declaration for Order Extending Time to Fill Proposed Order and Statement," and a motion for a certificate of appealability.

In the motion for an extension of time, petitioner refers to a deadline for filing a "proposed statement on appeal" and to circumstances under which a fifteen day extension of time to appeal can be granted. In any event, page three of the motion contains language constituting a notice of appeal, and the motion was filed within the thirty days allowed for filing a federal notice of appeal. The clerk shall modify the docket to indicate that a notice of appeal was filed on the date the motion was filed. Considered as a motion for an extension of time to appeal, the motion (document number 27 on the docket) is **DENIED** as unnecessary.

Petitioner also has filed a motion for a certificate of appealability. A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of

the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard. *See id.* § 2253(c)(3). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000).

For the reasons set out in the order denying the petition, jurists of reason would not find the result debatable or wrong. Petitioner's request for a certificate of appealability (document number 28 on the docket) is **DENIED**.

The clerk shall transmit the file, including a copy of this order, to the Court of Appeals. *See* Fed. R.App.P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner may then ask the Court of Appeals to issue the certificate, *see* R.App.P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, *see* R.App.P. 22(b)(2).

**IT IS SO ORDERED.**

Dated: June 22, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\HC.08\MCKENZIE0551.COA.wpd

2